UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHIGAN DEPARTMENT OF
ENVIRONMENT, GREAT LAKES, AND
ENERGY, et al.,

      Plaintiffs,                         Case No. 1:23–cv–01068–JMB–RSK

v.                                     Hon. Jane M. Beckering

GERALD R. FORD INTERNATIONAL
AIRPORT AUTHORITY,

      Defendant.
_____/

## **ORDER**

      Pending before the Court is Defendant's "Motion for Reconsideration of the Order Remanding this Case to State Court" (ECF No. 18). Having reviewed the motion, IT IS HEREBY ORDERED that Plaintiffs shall, not later than January 9, 2024, file a response to Defendant's motion.

      IT IS SO ORDERED.

Dated: December 19, 2023                         /s/ Jane M. Beckering
                                                            JANE M. BECKERING
                                                            United States District Judge