UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

MICHIGAN DEPARTMENT OF
ENVIRONMENT, GREAT LAKES, AND
ENERGY and ATTORNEY GENERAL
DANA NESSEL, on behalf of the People of
the State of Michigan

    Plaintiffs,

v.

GERALD R. FORD INTERNATIONAL
AIRPORT AUTHORITY,

    Defendant.

Case No. 1:23-cv-01068-JMB-RSK

Hon. Jane M. Beckering

## NOTICE OF APPEAL

Defendant Gerald R. Ford International Airport Authority appeals to the United States Court of Appeals for the Sixth Circuit from the final judgment in the above-captioned case entered on December 4, 2023 (ECF No. 14), of which reconsideration was denied on January 18, 2024 (ECF No. 25).

Respectfully submitted,

BARNES & THORNBURG LLP

Dated: January 30, 2024

By: */s/ Charles M. Denton*
Charles M. Denton (P33269)
Sydney O. Imes (P86532)
BARNES & THORNBURG LLP
171 Monroe Ave NW, Ste. 1000
Grand Rapids, Michigan 495503
(616) 742-3974
cdenton@btlaw.com
Sydney.Imes@btlaw.com

John A. Sheehan
Earth & Water Law LLC
1455 Pennsylvania Ave. N.W., Suite 400
Washington, DC 20004
(301) 980-5032
john.sheehan@earthandwatergroup.com

*Attorneys for Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed with the Court on January 30, 2024, and served on all parties of record via the Court's CM/ECF system.

BARNES & THORNBURG LLP

By: */s/ Charles M. Denton*
Charles M. Denton (P33269)
Sydney O. Imes (P86532)
BARNES & THORNBURG LLP
171 Monroe Ave NW, Ste. 1000
Grand Rapids, Michigan 495503
(616) 742-3974
cdenton@btlaw.com
Sydney.Imes@btlaw.com

John A. Sheehan
Earth & Water Law LLC
1455 Pennsylvania Ave. N.W., Suite 400
Washington, DC 20004
(301) 980-5032
john.sheehan@earthandwatergroup.com

*Attorneys for Defendant*