**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: February 02, 2024

Mr. Charles Murray Denton
Barnes & Thornburg
171 Monroe Avenue, N.W.
Suite 1000
Grand Rapids, MI 49503

Re: Case No. 24-1085, *Michigan Depart of Envtl, Great Lakes and Energy, et al v. Gerald R. Ford International Airport Authority*
Originating Case No. 1:23-cv-01068

Dear Counsel,

This appeal has been docketed as case number **24-1085** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court. If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **February 16, 2024**. Additionally, the transcript order must be completed by that date. For further information and instructions on ordering transcript electronically, please visit the court's website.

Appellant:
Appearance of Counsel
Civil Appeal Statement of Parties & Issues
Disclosure of Corporate Affiliations
Application for Admission to 6th Circuit Bar (if applicable)

Appearance of Counsel

Appellee:    Disclosure of Corporate Affiliations

Application for Admission to 6th Circuit Bar (if applicable)

More specific instructions are printed on each form.  If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution.  If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

Sincerely yours,

s/Monica M. Page
Case Manager
Direct Dial No. 513-564-7021

cc:  Mr. Keith David Underkoffler

Enclosure

# OFFICIAL COURT OF APPEALS CAPTION FOR 24-1085

MICHIGAN DEPARTMENT OF ENVIRONMENT, GREAT LAKES AND ENERGY, on behalf of the People of the State of Michigan; DANA NESSEL, Attorney General, on behalf of the People of the State of Michigan

       Plaintiffs - Appellees

v.

GERALD R. FORD INTERNATIONAL AIRPORT AUTHORITY

       Defendant - Appellant